3:22-cv-510-BJD-MCR

Your Name: Clarence D Johnson Jr
Address: 3150 N. Racine Ave #219
Phone Number: 708-371-1048
Fax Number:
E-mail Address:
Pro Se Plaintiff Business Name Nehemiah Htg Const.

FILED
5-9-22
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ~~CALIFORNIA~~ Florida

| | |
|---|---|
| NEHEMIAH HTG Const<br>Clarence D Johnson Jr<br>Plaintiff,<br><br>vs.<br><br>GPA Canada United States<br>Maersk Amtrak BNSF<br>Union Pacific All<br>DOT Fed + state<br>TSA Gov Defendant. | Case Number *[leave blank]*<br><br>**COMPLAINT**<br><br>DEMAND FOR JURY TRIAL<br>~~Yes~~ ☑ No ☐ |

PARTIES

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

Name: Clarence D Johnson
Address: 3150 N. Racine Ave Chicago Ill 60657 #219
Telephone: 708-371-1048

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name: ______________________________

Address: ______________________________

Telephone: ______________________________

Defendant 2:

Name: ______________________________

Address: ______________________________

Telephone: ______________________________

Defendant 3:

Name: ______________________________

Address: ______________________________

Telephone: ______________________________

**JURISDICTION**

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

☐ under federal question jurisdiction because it is involves a federal law or right.

[*Which federal law or right is involved?*] ______________________________

______________________________.

☐ under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants and the amount of damages is more than $75,000.

**VENUE**

[*The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.*]

4. Venue is appropriate in this Court because:

☐ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity and I live in this district.

☐ at least one defendant is located in this District and any other defendants are located in California.

**INTRADISTRICT ASSIGNMENT**

[*This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.*]

5. Because this lawsuit arose in ______________________________ County, it should be assigned to the ______________________________ Division of this Court.

**STATEMENT OF FACTS**

[*Write a short and simple description of the facts of your case. Include basic details such as where the events happened, when things happened and who was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.*]

____. ____________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

- 4 -

____. ______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

____. ______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

____. ______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

____. ______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

____. ______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

//

//

COMPLAINT
PAGE ___ OF ___ *[JDC TEMPLATE – Rev. 05/2017]*

## CLAIMS

### First Claim

*(Name the law or right violated:* ______________________________________________*)*

*(Name the defendants who violated it:* ________________________________________*)*

[*Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.*]

____. ________________________________________________________________

________________________________________________________________

________________________________________________________________

________________________________________________________________

____. ________________________________________________________________

________________________________________________________________

________________________________________________________________

________________________________________________________________

____. ________________________________________________________________

________________________________________________________________

________________________________________________________________

________________________________________________________________

____. ________________________________________________________________

________________________________________________________________

________________________________________________________________

________________________________________________________________

____. ________________________________________________________________

________________________________________________________________

________________________________________________________________

________________________________________________________________

//

**_________________ Claim**

*(Name the law or right violated:* ______________________________________)

*(Name the defendants who violated it:* __________________________________)

____. ______________________________________________________________
______________________________________________________________
______________________________________________________________
______________________________________________________________

____. ______________________________________________________________
______________________________________________________________
______________________________________________________________
______________________________________________________________

____. ______________________________________________________________
______________________________________________________________
______________________________________________________________
______________________________________________________________

____. ______________________________________________________________
______________________________________________________________
______________________________________________________________
______________________________________________________________

____. ______________________________________________________________
______________________________________________________________
______________________________________________________________
______________________________________________________________

____. ______________________________________________________________
______________________________________________________________
______________________________________________________________
______________________________________________________________

**DEMAND FOR RELIEF**

[*State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.*]

____. ______________________________

**DEMAND FOR JURY TRIAL**

[*Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.*]

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: ______________ Sign Name: ______________________

Print Name: ______________________

*[Copy this page and insert it where you need additional space.]*

____. ____________________

____. ____________________

____. ____________________

____. ____________________

____. ____________________